**Appeal Dismissed and Memorandum Opinion filed March 23, 2021.**



In The

# Fourteenth Court of Appeals

## NO. 14-21-00056-CV

### PINPOINT HOMES, LLC AND MIKE BREESE, Appellants

### V.

### FLOOR AND DECOR OUTLETS OF AMERICA, INC., Appellee

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1146141**

## MEMORANDUM OPINION

This is an appeal from a final summary judgment signed October 25, 2020. The notice of appeal was timely filed January 22, 2021. *See* Tex. R. App. P. 26.1(a).

No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellants did not make arrangements to pay for the record. On February 23, 2020, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellants paid or made arrangements to pay for the record and provided this

court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Further, our records show appellants have not paid the appellate filing fee, and no evidence that appellants are excused by the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). On March 2, 2021, this court ordered appellants to pay the appellate filing fee by March 12, 2021, or the appeal would be dismissed. The filing fee has not been paid.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.